IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _CG_ D.C.
05 JUL 14 PM 4:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR. NO. 02-20118-Ma |
| ) | |
| RAUL JARA, ) | |
| ) | |
| Defendant. ) | |

**ORDER DIRECTING CLERK TO ISSUE WRIT OF HABEAS CORPUS**

This matter is set for a re-sentencing hearing on Wednesday, August 24, 2005 at 9:00 a.m. The defendant, Raul Jara, #18299-076, is confined as a prisoner at Federal Correctional Institution, Victorville, Adelanto, California. It is necessary to have Raul Jara appear in this court for the hearing.

IT IS THEREFORE ORDERED that the Clerk of Court issue a writ of habeas corpus ad testificandum to the United States Marshal for the Western District of Tennessee, and to the Warden, Federal Correctional Institution, Victorville, to have said Raul Jara before this court for the hearing.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

July ___14___, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7-18-05___

104

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 2:02-CR-20118 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT