IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 23 PM 3: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 02-20118-Ma

RAUL JARA,

      Defendant.

ORDER GRANTING MOTION TO CONTINUE RE-SENTENCING

      Before the court is the August 19, 2005, motion by defendant Raul Jara, to reset the re-sentencing hearing which was set on August 24, 2005. Counsel for the government does not oppose the resetting. For good cause shown, the motion is granted. The re-sentencing hearing is **reset** to **Friday, September 23, 2005, at 10:30 a.m.**

      It is so ORDERED this 22d day of August, 2005.

                            SAMUEL H. MAYS, JR.
                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-26-05

110

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 110 in case 2:02-CR-20118 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT